AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 13 2021

Nathan Ochsner, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-21-1537-M |
| Priscilla APARICIO-Ramos YOB: 2001 Citizenship: US | ) ) ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 12, 2021 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | (1) to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance (more than 500 grams methamphetamine) |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✔ Continued on the attached sheet.

Complaint authorized by AUSA Michael Mitchell

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1 and probable cause found on:

Date: 7:40 am

City and state: McAllen, Texas

/S/ Kyle Pearson
*Complainant's signature*

Kyle Pearson, HSI Special Agent
*Printed name and title*

*Judge's signature*

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On July 12, 2021 at approximately 2:21 pm, Priscilla APARICIO-Ramos, a United States Citizen, presented herself and personally owned vehicle at the Hidalgo Port of Entry for admission into the United States from Mexico. APARICIO was the sole occupant and driver of a gold Chevrolet SUV with Texas license plates.

During the primary inspection at the Hidalgo Port of Entry, the Customs and Border Protection Officer (CBPO) recalled a previous inspection with the same gold Chevrolet SUV. The CBPO stated that on the previous inspection, the vehicle was equipped with a non-factory installed second battery. The CBPO conducted a visual inspection of the engine compartment and observed the pair of the batteries which were a different brand from the previous inspection. APARICIO was escorted to the secondary inspection zone.

During the secondary inspection, APARICIO verbally claimed ownership of the vehicle to a CBPO. Records and on-site documentation showed that APARICIO purchased and registered the vehicle in the State of Texas in June 2021. CBPOs conducted an x-ray examination of the vehicle which revealed anomalies in both batteries in the engine compartment. A CBP K9 alerted to the presence of a trained odor near the hood of the vehicle. CBPOs probed a section of a battery which revealed the presence of a white powdery substance. CBPOs removed both batteries from the vehicle and extracted six total bundles that weighed collectively 10.70 kilograms. CBPOs field tested the contents of the bundles which tested positive for methamphetamine.

A Homeland Security Investigations Special Agent and Task Force Officer interviewed APARICIO in which she was advised of her Miranda Rights. APARICIO waived the right to the presence of counsel and agreed to provide a statement.

APARICIO claimed that she was aware that she was bringing drugs into the United States from Mexico and may be monetarily compensated for future trips. APARICIO claimed that she intended to deliver the drugs to un-named individual(s) once inside of the United States. APARICIO claimed to purchase the gold Chevrolet SUV for the purposes of drug trafficking.